1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GRANT GORDON OTTE,          )  NO. ED CV 16-1832-DMG (AS)
                      )
          Plaintiff,   )  **ORDER ACCEPTING FINDINGS,**
                      )
         v.         )  **CONCLUSIONS AND RECOMMENDATIONS**
                      )
W. HAWKINS, ET. AL.,       )  **OF UNITED STATES MAGISTRATE**
                      )
         Defendants.  )  **JUDGE**
_____)

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

    **IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order

2    and the Judgment herein on Plaintiff at his current address of record.

3

4        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

5

6    DATED: December 28, 2017

7

8

9                                    _____
10                                       DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28