**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GRANT GORDON OTTE,         )   NO. ED CV 16-1832-DMG (AS)
                              )
            Plaintiff,    )
                              )
         v.            )        **JUDGMENT**
                              )
W. HAWKINS, ET. AL.,      )
                              )
            Defendants.   )

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 28, 2017

                              DOLLY M. GEE
                     UNITED STATES DISTRICT JUDGE